JS-6

1  SHARON DOUGLASS MAYO (SBN 150469)
   sharon.mayo@aporter.com
2  DANIKA B. VITTITOE (SBN 235337)
   danika.vittitoe@aporter.com
3  VIKRAM SOHAL (SBN 240251)
   vikram.sohal@aporter.com
4  EMILIA P. PETERSEN (SBN 253681)
   emilia.petersen@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California  90017-5844
   Telephone: (213) 243-4000
7  Facsimile: (213) 243-4199

8  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., THE 1992 DIANE WARREN TRUST D/B/A REALSONGS, WB MUSIC CORP., NOTA PUBLISHING, INC. AND SANDS MUSIC CORP., <br><br> Plaintiff, <br><br> vs. <br><br> CABRERA'S RESTAURANT, INC. AND EFRAIN CABRERA, <br><br> Defendant. | Case No. CV08-07354 GAF (AJWx) <br><br> **CONSENT JUDGMENT** <br><br> (17 U.S.C. §§101 *et seq.*) |

LA: 522842_1

1    WHEREAS, Plaintiffs EMI April Music Inc., The 1992 Diane Warren Trust
2    D/B/A Realsongs, WB Music Corp., Nota Publishing, Inc., and Sands Music Corp.
3    ("Plaintiffs") are owners of the copyrights in the musical compositions listed in
4    Schedule A to Plaintiffs' Complaint filed in this action and members of the American
5    Society of Composers, Authors and Publishers ("ASCAP"); and

6    WHEREAS, defendants Cabrera's Restaurant, Inc., and Efrain Cabrera
7    ("Defendants"), at the times of the infringing acts alleged in the Complaint, did own,
8    control, manage, operate, and maintain a place of business for public entertainment,
9    accommodation, amusement, and refreshment known as Cabrera's Family
10   Restaurant, Inc., located at 655 N. Lake Ave., in Pasadena, in the State of California;
11   and

12   WHEREAS, Without authorization or consent, Defendants, on the dates
13   specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted
14   musical compositions at Cabrera's Family Restaurant, located at 655 N. Lake Ave., in
15   Pasadena, in the State of California, for the entertainment and amusement of the
16   patrons attending said premises in violation of Plaintiffs' rights under 17 U.S.C. §
17   106(4), as a remedy for which Plaintiffs are entitled to judgment against Defendants
18   for willful copyright infringement.

19   NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
20   DECREED that:

21   1.    (a)    Judgment is entered for Plaintiffs and against Defendants on the
22   claims set forth in Plaintiffs' Complaint in the amount of Fifteen Thousand Dollars
23   ($15,000.00).  Notwithstanding the foregoing, the parties have agreed that this
24   Judgment may be satisfied upon Defendants' payment of the sum of Seven Thousand
25   Five Hundred Dollars ($7,500.00) ("the Settlement Amount") as provided in
26   Paragraph 2 below.

27         (b)    The amount provided for in this Consent Judgment shall be in full
28   settlement of all claims against Defendants arising out of Plaintiffs' Complaint and all

1  other copyright infringement claims of members of ASCAP against Defendants
2  arising out of the operation of Cabrera's Family Restaurant, located at 655 N. Lake
3  Ave., in Pasadena, in the State of California, during all periods up to and including
4  the date of entry of this Consent Judgment.

5      2.   (a)   Defendants shall pay the Settlement Amount in installments of Six
6  Hundred and Twenty-Five Dollars ($625.00), the first payment to be made upon
7  entering into this Consent Judgment and the following payments to be made on the
8  first of each month beginning January 2009 through November 2009.

9         (b)   Defendants shall make the payments provided for above in the
10  form of a certified, cashier's, bank, or corporate business check drawn on a California
11  bank, made payable to "ASCAP," and delivered to Danika B. Vittitoe, Esq., at
12  Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California
13  90017, or such other person as Plaintiffs' attorneys shall designate to receive such
14  payments, or by credit card payment (Visa or Mastercard only) arranged by
15  contacting Douglas Jones, Manager of Litigation Services, American Society of
16  Composers, Authors, and Publishers, Tel: 770-805-3459, Fax: 678-239-3512; Email:
17  DJones@ascap.com.  Credit card payments must be arranged each month when a
18  payment is due, and the information required includes:  the credit card holder's name
19  as it appears on the card; the billing address of the credit card, including zip code; and
20  the expiration date of the credit card.

21      3.   Defendants intend to cease operations of the venue known as Cabrera's
22  Family Restaurant, located at 655 N. Lake Ave., in Pasadena, in the State of
23  California, by the close of 2008.  By January 10, 2009, Defendants shall provide
24  evidence to ASCAP that the venue has closed for business.  If the venue has not
25  closed for business, and has continued business operations into 2009, Defendants'
26  shall execute an ASCAP General License Agreement for Cabrera's Family
27  Restaurant, Inc., located at 655 N. Lake Ave., in Pasadena, in the State of California,
28  at the currently applicable rate of $1,176.00 annually.  License fees pursuant to such

license agreement for periods beginning January 1, 2009, shall be paid by Defendants when due as billed by ASCAP, and Defendants shall otherwise abide by all of the terms and conditions of the license agreement.

4. In the event that Defendants fail to make any of the payments provided for in paragraph 2(a), or to pay license fees to ASCAP as provided for in paragraph 4, upon receipt by Defendants of written notice from Plaintiffs or their undersigned attorneys of any such delinquency, Defendants shall have ten (10) calendar days in which to cure such delinquency.  If the delinquency is not cured within such ten (10) day period, Defendants shall be obligated to pay the full Judgment amount of Fifteen Thousand Dollars ($15,000.00), less any payments previously made to Plaintiffs pursuant to paragraph 2 above.  Such balance shall be immediately due and payable, and execution therefor may issue forthwith and without any further notice to Defendants.

5. Plaintiffs shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

6. Subject to the Court's continuing jurisdiction over the parties for purposes of enforcement of this Consent Judgment, this action is dismissed.

**ORDER**

**IT IS SO ORDERED.**

Dated: January 13, 2009

*Gary Feess*

UNITED STATES DISTRICT JUDGE